### In re RED FROG EVENTS, LLC, Relator.

No. 05–13–00037–CV.

Court of Appeals of Texas, Dallas.

Jan. 14, 2013.

Ben Martin, John Robert Howie, Jr., Dallas, TX, for appellant.

Monroe Gaddy Wells, Jay R. Downs, Dallas, TX, for appellee.

Before Justices MOSELEY, FRANCIS and Fillmore.

### OPINION

Opinion by Justice FILLMORE.

In this original mandamus proceeding, relator contends the trial court abused its discretion by compelling relator to produce

documents relator asserts are irrelevant, overbroad, and not reasonably calculated to lead to admissible evidence. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude the trial court did not abuse its discretion by compelling production of the documents. *See* TEX.R.APP. P. 52.8(a); *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex.2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex.1992) (orig. proceeding).

We **DENY** relator's petition for writ of mandamus.